IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN VOGEL TRACY, | No. CIV S-10-1130-FCD-CMK |
| Plaintiff, | |
| vs. | ORDER |
| CITY OF REDDING, et al., | |
| Defendants. | |
| _____ / | |

      Plaintiff, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Originally filed in the Shasta County Superior Court, defendants removed the case to this court on May 6, 2010. A scheduling conference was held on November 18, 2010, at 10:00 a.m. before the undersigned in Redding, California. Gary Brickwood, Esq., appeared for defendants. Plaintiff failed to appear or file a scheduling conference statement.[1]

      In light of plaintiff's failure to appear at the scheduling conference and her apparent failure to prosecute this case, plaintiff shall show cause, in writing, why this case should not be dismissed for lack of prosecution and failure to comply with court rules and orders.

---

[1] By separate order the court sets forth a schedule for the prosecution of this case in the event it is not dismissed.

1

See Local Rule 110.  Failure to respond to this order may result in dismissal of the action for the reasons outlined above.  See id.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall show cause, in writing, within 30 days of the date of this order, why this case should not be dismissed for lack of prosecution and failure to comply with court rules and orders.

DATED: December 1, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE